Wright *v.* Wright.

surely has no reason to complain of the law ; it only authorises him, on payment of a certain sum, to enjoy what he deems a privilege, and a source of profit ; and prohibits the exercise of such privilege, for public reasons, unless such payment be previously made. We are all of opinion that there is no legal ground that can sustain the motion. The proper legal sentence must be awarded against the defendant.

## WRIGHT *vs.* WRIGHT.

An error in the taxation of costs, by the omission of an item, may be corrected, after the issuing of execution, if there is any thing in the case to amend by ; it being the misprison of the clerk.

In this case judgment was rendered in this court at *May* term, 1829, upon a report of referees appointed under a rule of court. In making up the costs, the costs of reference were accidentally omitted ; and execution was duly issued in *May* 1829.

*Willis* now moved that the judgment might be corrected as to the costs, by adding the costs of reference ; and produced the execution, unsatisfied except by some partial voluntary payments.

*Greenleaf* opposed the amendment as irregular, and going to alter a judgment, which, after term, could be corrected only by review or writ of error.

But THE COURT sustained the motion, observing that the mistake, being a misprision of the clerk in the taxation of costs, might be amended by the award.